# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 20-46 PA | Date | May 12, 2020 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| T. Jackson | N/A | Jenna Williams, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Forrest Colby Rowe | | X | | David Wasserman, DFPD | X | | |

**Proceedings:**   IN CHAMBERS ORDER CONTINUING DEFENDANT'S SENTENCING

Defendant's Forrest Colby Rowe's sentencing is continued from May 18, 2020, at 8:30 a.m. to June 22, 2020, at 8:30 a.m.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Deputy Clerk | TJ |

**cc:** **USMO, PSA**